THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Adam Lee Berard, Appellant.
 
 
 

Appeal From York County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 2012-UP-320
Submitted May 1, 2012 – Filed May 30, 2012

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia,
 for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Kevin S.
 Brackett, of York, for Respondent.
 
 
 

PER CURIAM:  Adam
 Lee Berard appeals his convictions of first-degree criminal
 sexual conduct (CSC), assault and battery with intent to kill, burglary, and
 kidnapping, arguing the circuit court erred in denying his motions for a
 directed verdict on his first-degree CSC charge.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
PIEPER, KONDUROS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.